```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/19/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
LUIS ALBERTO CALDERON GUTIERREZ,

                Plaintiff,             21-CV-6081 (KHP)

    -against-                      **ORDER**

PEDRO UCHOFFEN and TOYOTA INDSTR
CMMRCL FNC,

                Defendants.
----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

In light of the parties' representation that they have settled this matter, this action will be dismissed without costs (including attorneys' fees) to either party on **November 18, 2021,** unless before that date one or more of the parties files a letter with the Court requesting that the action not be dismissed and stating the reasons why the Court should retain jurisdiction over this action in light of the parties' settlement. **To be clear, any request that the action not be dismissed must be filed on or before November 18, 2021; any request filed thereafter may be denied solely on that basis.**

SO ORDERED.

Dated: New York, New York
       October 19, 2021

                                                _____
                                                KATHARINE H. PARKER
                                                United States Magistrate Judge